IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES WALKER                                                                                           PLAINTIFFS

V.                                           CASE NO. 13-cv-4122

OLD RELIABLE CASUALTY COMPANY
                                                                                                        DEFENDANT

## ORDER

      Before the Court is the parties' Joint Motion to Stay Action Pending Settlement Conference. ECF No. 27. The parties move the Court to stay all proceedings, deadlines, and discovery in this case for 120 days pending the completion of a settlement conference. Upon consideration, the Court finds that the motion is **GRANTED**. All proceedings, deadlines, and discovery in this case are stayed for 120 days to give the parties time to complete a settlement conference. The parties are directed to update the Court on the status of this case every thirty (30) days.

      **IT IS SO ORDERED**, this 21st day of April, 2014.

                                                      /s/ Susan O. Hickey
                                                      Susan O. Hickey
                                                      United States District Judge