IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES R. WALKER, Individually and
on behalf of all others similarly situated                                                    PLAINTIFFS

v.                                        Case No. 4:13-cv-04122

OLD RELIABLE CASUALTY COMPANY                                                   DEFENDANT

## ORDER

On April 21, 2014, the Court entered an Order staying the above-captioned case for 120 days. (ECF No. 28). The time for the stay has run, and the parties have indicated to the Court that a stay is no longer necessary as their settlement attempts have not been successful. (ECF No. 33). Therefore, the stay of the above-captioned case should be and hereby is **LIFTED**.

**IT IS SO ORDERED**, this 24th day of November, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge