IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JAMES R. WALKER, Individually and on behalf of all others similarly situated | PLAINTIFFS |
| v.   Case No. 4:13-cv-04122 | |
| OLD RELIABLE CASUALTY COMPANY | DEFENDANT |

## ORDER

Before the Court is a Stipulation of Voluntary Dismissal With Prejudice. (ECF No. 45). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 6th day of January, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge